**FILED**

**DEC 17 2007** aw

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

DEC 17 2007

Steve Jackson
Plaintiff

v.

City of Chicago a municipality,
Chicago Police Department
Defendant(s)

**07cv7066
JUDGE ANDERSEN
MAG.JUDGE COLE**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Steve Jackson, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

Correction ↓

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. #2006006029?   Name of prison or jail: Cook County Department of ~~C~~
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer: I am in jail I do Not Recieve payment from the County

   a. If the answer is "No":
      Date of last employment: Aug. 10-06
      Monthly salary or wages: $6.00 hr. I was a temporary worker
      Name and address of last employer: REO Movers

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer: I am Not Married

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes   ☒No
      Amount_____   Received by_____

b.   ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount_____ Received by_____

c.   ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount_____ Received by_____

d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☒ welfare, ☐ alimony or maintenance or ☐ child support    ☒ Yes    ☐ No
Amount 300.00 Received by Me - I had a link card

e.   ☐ Gifts or ☐ inheritances    ☐ Yes    ☐ No
Amount_____ Received by_____

f.   ☐ Any other sources (state source:_____)    ☐ Yes    ☐ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount:_____
In whose name held:_____ Relationship to you:_____
I am homeless.

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐ Yes    ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____                                 _____
                                                                    Signature of Applicant

                                                                    _____
                                                                    (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Steve Jackson, I.D.# 2006006097, has the sum of $ 20.01 on account to his/her credit at (name of institution) CCDOC.
I further certify that the applicant has the following securities to his/her credit: 0. I further certify that during the past six months the applicant's average monthly deposit was $ 13.33.
(Add all deposits from all sources and then divide by number of months).

11-16-07
DATE                                                     SIGNATURE OF AUTHORIZED OFFICER

                                                         J. A. MARTINEZ
                                                         (Print name)

rev. 7/18/02

To the United States District Court for the Nothern District of Illinois

My Name is Steve Jackson, 20060060297. I've been Incarcerated here at the Cook county Department of corrections Since 1-23-07. I am currently unemployed. I've been unemployed my Entire stay. I do Not have any kind of a Job. I have a friend who can Afford to send me Ten or sometimes Twenty Dollars Every few months. When I Recieve that, I buy Soap and toothpaste to last until I get lucky Again. My Counselor here At the Cook County Department of corrections Can varify that I am Indeed Unemployed. His Name is Mr. Martinez. I Really Need the Courts help. I do Not have money for An Attorney or Anything Else. I'm praying that the Court will help me. Thank you And God bless.

Date 11-30-07

Respectfully Submitted
Steve Jackson
Steve Jackson

# ARAMARK

Managed Services
***Managed Better.***

Number Search | Name Search | Transactions | Orders | Exit

**20060060297 - JACKSON, STEVE**
**BALANCE: $20.01**

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 11/15/2007 | CREDIT | 20.00 | 20.01 |
| 10/10/2007 | ORDER DEBIT | -0.78 | 0.01 |
| 10/03/2007 | ORDER DEBIT | -19.99 | 0.79 |
| 10/01/2007 | CREDIT | 20.00 | 20.78 |
| 09/12/2007 | ORDER DEBIT | -19.23 | 0.78 |
| 09/07/2007 | CREDIT | 20.00 | 20.01 |
| 07/24/2007 | ORDER DEBIT | -20.00 | 0.01 |
| 07/23/2007 | CREDIT | 20.00 | 20.01 |
| 03/16/2007 | ORDER DEBIT | -20.88 | 0.01 |
| 03/12/2007 | CREDIT | 20.00 | 20.89 |

[Next 9 Records]
Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved