United States District Court for the Northern District of Illinois

Steve Jackson
  plaintiff
  vs.
City of Chicago
Chicago Police Department
Phillip Cline
Sgt Bates #2104
Officer Singleton #19339
Officer Loffredo #9734

07cv7066
**JUDGE ANDERSEN**
**MAG. JUDGE COLE**

Judge _____

FILED
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 17 2007

FILED
DEC 17 2007 aw
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Petition for Writ of Habeas Corpus — Person in State Custody

1) Wherefor the Defendant Steve Jackson Request that this honorable court Grant his Request to Appear At Each and Every court meeting in person or by Camera

Notarized under and by 735 ILCS 5/1-109 under penalty of perjury this 30 Day of November, 2007

Date 11-30-07

Respectfully Submitted
Steve Jackson
Steve Jackson

## Certificate of Service

I, Steve Jackson, swear under penalty of perjury that I served a copy of the attached document on Prisoner Correspondence Clerks Office 219 South Dearborn Street by placing it in the mail at the Cook County Jail Correctional Center on _____

Date 11-30-07

Respectfully Submitted

*Steve Jackson*
Steve Jackson