Steve Jackson
Plaintiff
vs.
City of Chicago
Chicago Police Department
Phillip Cline
SGT Bates #2104
Officer Singleton #19334
Officer Loffredo #9734

DEC 17 2007

DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO _____

Judge 07cv7066
**JUDGE ANDERSEN**
**MAG. JUDGE COLE**

## Motion for Appointment of Counseler

1.) Plaintiff Does Not Know the law to the point to Represent himself in this matter.

2.) Plaintiff Does Not have funds to hire A Lawyer for Representation.

3). Plaintiff ask that the court would Also Appoint An Investigator to help in Researching Defendants case.

Respectfully Submitted
Steve Jackson
Steve Jackson