To: United States District Court
Northern District of Illinois
219 South Dearborn St
Chgo, Il. 60604

07C7066

FILED
JAN 11 2008
Jan 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Andersen

I'm writing you in regards to my civil case. I'm hoping you can inform me on what's going on as of now. I'm trying to keep up with you all.

My concerns are: Last time around, you all claimed I didn't meet a deadline. Also you claimed my Informa Pauperis Application was not correct. I never recieved the mail until after the deadline. So this time around, I'm trying to keep track of what's going on. Thank you and God bless.

P.S. If there is something I've done wrong (pertaining to my lawsuit) can you please write me back A.S.A.P. to let me know. Thankyou again and God bless.

*[signature]*