FILED
FEBRUARY 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 17 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 17 2007

Stevie Jackson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Chicago police Department
Phillip cline
SGt Bates #2104
Officer Singleton #19339
Officer Loffredo #9734

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07cv7066
JUDGE ANDERSEN
MAG. JUDGE COLE

Case No. _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:   ~~AMENDED~~ COMPLAINT

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331(a) U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Revised 4/01

1

A. Name: Steve Jackson

B. List all aliases: Derrick Jackson

C. Prisoner identification number: 20060060297

D. Place of present confinement: Cook County Jail

E. Address: 2600 S. California, Chgo, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: City of Chicago

   Title: _____

   Place of Employment: _____

B. Defendant: Chicago Police Department

   Title: _____

   Place of Employment: _____

C. Defendant: Phillip Kline

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. D. Defendant: Sgt bates #2104
   Title: Supervising chicago Police officer.
   Place of Employment: Homan + filmore —
                        Belmont + Western

E. Defendant: officer Singleton #19339
   Title: chicago police officer
   Place of Employment: Homan + filmore
                        Belmont + Western

F. Defendant: officer Loffredo #9734
   Title: chicago police officer
   Place of Employment: Homan + filmore
                        Belmont + Western

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

          YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

          YES ( )  NO (✓)

    C.    If your answer is **YES**:

          1.    What steps did you take?

          2.    What was the result?

          3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D.    If your answer is NO, explain why not: *They told me that this is an outside matter. They said (social workers) I could not grieve the Police from within this system.*

3

E.  Is the grievance procedure now completed?  YES (✓)  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES (✓)  NO ( )

G.  If your answer is **YES**:

   1. What steps did you take?  I wrote O.P.S. I sent them a copy of the hospital INJURY Report

   2. What was the result?  They told me the complaint is on file. They said I should complain to you guys Now.

H.  If your answer is **NO**, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My complaint is against the City of Chicago. They hired these brutal officers who beat me. The Chicago Police Department is who these officers worked for. Phillip Cline was their Supt. He's responsible for them as well. On Aug 6th 06, I was arrested by Sgt. Bates #2104 and officer Loffredo #9734. They both beat me terribly, over and over again. Sgt. Bates #2104 took six-hundred-thirty-five dollars from me. They both said they would give me my money back and let me go If I were to give them information on guys from that neighborhood or if I knew anything on murders that had taken place. I told them I didn't know any of the guys from around there and that I didn't know anything about any murders. Then they said I fit the description of a crime that had taken place. As it turned out I didn't do the crime so they couldn't charge me

with that crime. I have proof that they wanted to charge me with some sort of AGGravated battery with a knife. When the lady came to the car and said I wasn't the guy, they got very angry with me. SGt. bates #2104 kept punching me in my body and slapping me. Office Loffredo #9734 kept punching me and slapping me aswell. Then officer Loffredo #9734 started chocking me and holding me down for SGt bates #2104. Then they told me I was going to Jail. Pictures were taken of my Injuries here at the county. On 1-23-07, I was arrested by SGt. bates #2104 and officer Singleton #19339. officer Singleton #19339, Stomped me in the head and all over my body. SGt bates #2104, kept punching me in my Ribs and chest. They were both chocking me. They took five-hundred-sixty-six-dollars from me. They said if I were to go to the hospital, they would put another case on me. I was beaten so badly that the 7:Am Shift officers had to take me to the hospital. I was taken to the Rex hospital. On both cases, Pictures were taken of the bruises the police left me with. Everytime SGt. bates see me, He takes my Money and beat on me.

**VI.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to hear my case, Look over the INJURY Report, and make them pay for InJuring me the way that they did. Also, they Need to fire these crooked cops.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of Sept, 2007

Steve Jackson
(Signature of plaintiff or plaintiffs)

Steve Jackson
(Print name)

20060060297
(I.D. Number)

2600 S. California Div.10 2-C
P.O. box 089002
Chgo, IL. 60608
(Address)