UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 17 2008
Mar 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Steve Jackson              )
                               )
    vs.                        )         07 C 7066
                               )         Case No: 07C7066
City of Chicago a municipality,)         Judge: ANDERSEN
Chicago Police Department,     )
Philip Kline,Sgt. Bates #2104, )
Officer Singleton #19339,      )
Officer Lorredo #9734          )

### FIRST - AMENDED COMPLAINT

INTRODUCTION:

      This is a complaint (amended) for money damages against the city of Chicago,Chicago Police Department,Superintendent Philip Kline,Sgt.Bates #2104,Officer Singleton #19339, Officer Lorredo #9734 for violation of the plaintiff's constitutional and common law rights. The plaintiff alleges that twice within a six month time period that Sgt. Bates #2104, Officer (ofcr.) Singleton #19339 and Ofcr. Lorredo #9734 beat him so serverly that he needed medical attention and they robbed him of eleven hundred and thirtyfive dollars U.S.C. combined with both incidents.

JURISDICTION:

      1). This civil action is authorized by 42 U.S.C. section 1983 to redress the deprivation,under color of state law,of rights secured by the constitution of the united states. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3).

      2). The northern district of Illinois is an appropriate venue under 28 U.S.C. section 1391(b)(2) because it is where the events giving rise to this claim occurred.

PLAINTIFF:

      1). Plaintiff,Steven Jackson, is a pre-trial detainee of the state of Illinois in the custody of the Cook County Department of Corrections. He is currently being housed in division 10 of the Cook County Jail,tier 2c in the city of Chicago,the state of Illinois.

DEFENDANT:

      1). Defendants,city of Chicago,Chicago Police Department,Superintendent Philip Kline,are legally responsible for the overall operations of the police department and each individual or specialized unit under it's jurisdiction including Belmount&Western and Homan&Filmore.

2). Defendant, Sgt. Bates star #2104 is a supervisor employeed the Chicago police department. He is legally responsible for the officers under his command on his shift and is supposed to supervise and or correct his officers when they act outside of department policy and procedures and insure that they are adhered to at all times.

3). Defendant, Officer Singleton star #19339 is a police officer employeed by the city of Chicago who, at all times mentioned in this complaint held the rank of Police Officer and was assigned to the Homan & Filmore Police station working out of the Belmount & Western Police station.

4). Defendant, Officer Lorredo star # 9734 is a police officer employeed by the city of Chicago who, at all times mentioned in this complaint held the rank of Police Officer and was assigned to the Homan & Filmore Police station working out of the Belmount & Western Police station.

5). Each defendant is sued individually and in his (or her) official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

FACTS:

1). On 6 August 2006 Sgt. Bates star #2104 and ofcr. Lorredo star #9734 arrested the plaintiff stating that he fit the description of someone that had just committed a crime and was then taken to the area of sunnyside & Broadway where a unknown woman stated to them that the plaintiff was not the one who committed the crime. Officer Lorredo under the direction of Sgt. Bates took the plaintiff to the area behind Truman College in the alley where they begain to question him.

2). Once behind Truman College Sgt. Bates and ofcr. Lorredo humiliated the plaintiff by strip searching him and performing an anal cavity search in the middle of the morning. They then proceeded to rob the plaintiff of six hundred and thirty five dollars u.s.c. and stated that if he gave them information about various people or any of the recent murders that had occurred he would be free to go. When the plaintiff refused to talk to them sgt. Bates begain to strike the plaintiff about the upper portion of his body with a closed fist and about the face and head with open hand strikes. Officer Lorredo then grabbed the plaintiff by throat and began to choke him while sgt. Bates continued his physical assault.

3). The plaintiff was arrested in the area of Leland & Sherridan. He did not arrive at the Police station on Belmount & Western until five hours later being bloody and beaten from head to toe and asking for medical attention was denied by ofcr. Lorredo and told that he could go to the hospital but then he would be receiving extra charges on top of the ones they were already going to put on him.

4). Five months later the plaintiff was in the area of Broadway & Wilson at the train platform when he was arrested by sgt. Bates star # 2104 and ofcr. Singleton star # 19339. The plaintiff was then taken to an alley

in the area of ainsley & withrop ave. Once there he was taken out of the car wearing wrist restraints, thrown to the ground by ofcr. Singleton and then kicked and stomped about the head, body. Sgt. Bates after assisting ofcr. Singleton kick and stomp the plaintiff then began to strike Mr. Jackson with a barrage of punches to the ribs and chest area of his body. Both Sgt. Bates and ofcr. Singleton from time to time used their mag-lite flash light to strike the plaintiff about the head. Sgt. Bates and ofcr. Singleton both choked Mr. Jackson and as before they robbed him this time of five hundred and sixty six dollars u.s.c. from his pocket.

5). Sgt. Bates star #2104 counted the money and stated you only have sixty six dollars in your pocket. The plaintiff then stated that he had five hundred and sixtysix dollars in his possession and where did the rest of his money go. Sgt. Bates stated " I'm giving you the sixty six dollars out of the kindness of my heart because you're going to the county and I know that you'll want some commisary."

6). The plaintiff asked Sgt. Bates and ofcr. Singleton both for medical attention and they both stated that if he were to receive any medical treatment at all that they would put another case on him.

7). On 24 January 2007 the officer that checked the lock up area at belmount & western seeing how badly beaten that the plaintiff was that he got him to the emergency room at Thorex Hospital where he was treated for his injuries.(see medical report)

8). Paragraphs 1-7 are incorporated herein by reference.

## CAUSE OF ACTION:

1). During the course of his arrest, plaintiff asked the defendants Sgt. Bates star #2104, ofcr. Lorredo star #9734, ofcr. Singleton star #19339 for the reason for their actions, but made no threatening gestures or exhibited no assualtive behavior toward defendants.

2). In response, defendants Sgt. Bates and ofcr. Lorredo on 6 August 2006. Then Sgt. Bates and ofcr. Singleton on 23 January 2007 assualted plaintiff with their closed fist, open hand and feet also utilizing their mag-lite flash lights several times to strike, kick, stomp and choke the plaintiff numerous times about the the face, head and body without legal cause or justification.

3). Said use of excessive force deprived the plaintiff of the constitutional right to bodily security and liberty under the Fourteenth Amendment to the U.S. Constitution and was an unreasonable physical seizure of plaintiff under the Fourth Amendment to the U.S. Constitution.

4). As a result of the unwarranted use of excessive force, plaintiff was injured serverely physically and mentally (see medical report).

5). By reason of above, plaintiff suffered the following physical damages. (see medical reports exhibits a thru b, suffered great mental anguish, and was deprived of his constitutional rights, all to his damage.

6). Paragraphs 1-5 are incorporated herein by reference.

7). Defendants, city of Chicago, Chicago Police Department and Superintendent Philip Kline has grossly failed to train its police officers in the fundamental law of arrest and use of in effecting an arrest in that they have hired police officers, promoted some of them to supervisory positions and continued to employee these rouge officers that use their badges and position of authority to create wide spread havoc and administer their own type of illegal street brand justice.

8). That it is upon information and belief that city of Chicago it's police department and Superintendent Philip Kline have purposely instructed the Office of Professional standards to not pursue claims of excessive force and police brutality and thus encourages its officers to continue it's destructive pattern of behavior.

9). The city of Chicago, Chicago Police Department and Superintendent Philip Kline in continuing to hire, employee, fail to train and investigate throughly complaints of excessive force. Train their officers in the use of force and when necessary to use force violates the plaintiff's constitutional right to bodily security and liberty under the 14th Amendment to the U.S. Constitution, and was an unreasonable seizure of the plaintiff under th 4th Amendment to the U.S. Constitution.

10). The use of excessive force by sgt. Bates star #2104, ofcr. Lorredo star #9734 and ofcr. Singleton star# 19339 deprived the plaintiff of his constitutional right to bodily security and liberty under the 14th Amendment to the U.S. Constitution, and was an unreasonable physical seizure of the plaintiffs 4th Amendment to the U.S. Constitution.

WHEREFORE, the plaintiff respectfully prays that this Honorable Court enter judgement granting plaintiff the following:

A). Award compensatory damages against the defendants, each of them jointly and severally in the amount of $1,000,000.00, One million dollars.

B). Award punitive damages against defendants sgt. Bates #2104, ofcr. Lorredo #9734 and ofcr. Singleton #19339 individually in the amount of $750,000.00, Seven hundred an fifty thousand dollars.

C). Award costs of this action and reasonable attorney's fees.

D). Award such other and further relief as this court may deem appropriate.

A jury trial is hereby demanded.

RESPECTFULLY, SUBMITTED

*Steve Jackson*
Steve Jackson