UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 17 2008
Mar 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Stevie Jackson

PLANTIFF

CASE NO. 07C 7066

JUDGE ANDERSEN

VS.
City of Chicago
Supt. Phil Cline
Sgt. Bates #2104
Officer Loffredo #9734
Officer Singleton #19339

DEFENDANT

## MOTION FOR APPOINTMENT OF COUNSELOR

1.) PLANTIFF DOES NOT KNOW THE LAW TO THE POINT TO REPRESENT HIMSELF IN THIS MANNER.

2.) PLANTIFF DOES NOT HAVE THE FUNDS TO HIRE A LAWYER FOR REPRESENTATION.

3.) PLANTIFF ASKS THAT THE COURT WOULD ALSO APPOINT AN INVESTIGATOR TO HELP IN RESEARCHING DEFENDANTS CASE.

RESPECTFULLY SUBMITTED
Stevie Jackson
Stevie Jackson
DEFENDANT

## CERTIFICATE OF SERVICE

I, Stevie Jackson, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON PRISON CORRESPONDENCE CLERK'S OFFICE 219 SOUTH DEARBORN STREET BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL — CORRECTIONAL CENTER ON 3-11-08.

DATE 3-11-08

RESPECTFULLY SUBMITTED

Stevie Jackson

Stevie Jackson