Stevie Jackson  
2006006029 T

**FILED**  
MAR 17 2008  
Mar 17, 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

CASE NO 07C 7066

Judge. ANDERSEN

Stevie Jackson vs. City of Chicago, et al.

I'm filing this motion again. Reason being that I do not totally understand what to do. I'm sending back to you this form that was sent to me. I Do Not fully understand the Reason for this form. I believe this form is to Allow the Judge to conduct this matter without the use of a Jury. If so, I would Like to have a Jury. Also, I'm in Need of a lawyer to Represent me. I do Not know how to deal with this matter. I was Recieving some help with dealing with this. The person who was helping me (V.A. Counsler) has not shown up Lately. I'm sort of stuck Right Now. I need some one to help Guide me through this. I've wrote more than one hundred Lawyers. No one has agreed to help me. How am I to handle this matter without an Attorney when I'm sure the Defendants will have an Attorney. Also, If the Court will Not help me to get a lawyer, is there any other way I can Get Representation to help me? I Praying that this Honorable Court will help me to obtain Legal Representation. Thank you AND God bless.

Stevie Jackson

Stevie Jackson                           CASE NO 07C 7066
     vs.                                 Judge. ANDERSEN
City of Chicago, et al.

I'm writing, asking if there is any other information that you can send me in regards to my case. Also, The Cook County Jail does not always get the mail to us right away. Sometimes they are more than a week behind schedule. So I'm asking, where and what stages are we in, dealing with this case. I would like to know if there is anything I can do to help my situation right now? I'm just trying to keep up because I do not fully understand what's going on. I do not want this case to be thrown out because of something I do not understand. So again, can you please let me know where this case stands right now. I hoping and praying that you will keep me informed about everything dealing with this case. Thank you and God bless.

                                         Stevie Jackson

I Do Not UNDERSTAND this form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Limited Consent to Exercise of Jurisdiction
## By a United States Magistrate Judge

Case Title:                                    Case Number:

                                               Assigned Judge:
        V.
                                               Designated
                                               Magistrate Judge:

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct certain specific proceedings in this case, allowing for the magistrate judge to exercise the court's jurisdiction to conduct any and all proceedings, including the entry of final judgment, as to the following motion(s):

**Description**                                **Date Filed**

_____    By:_____    _____
   Date              Signature                Name of Party or Parties

_____    By:_____    _____
   Date              Signature                Name of Party or Parties

_____    By:_____    _____
   Date              Signature                Name of Party or Parties

_____    By:_____    _____
   Date              Signature                Name of Party or Parties

**Note:** File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.