# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stevie Jackson | 07C7066 |
| DEFENDANT | TYPE OF PROCESS |
| City of Chicago, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

City of Chicago

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** L.G.B. & Sampson, LLP. Attny. For City of Chicago, 233 South Wacker Drive, Suite 4030

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stevie Jackson, #2006-00602907
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Chicago, IL. 60606

FILED
Mar 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER | DATE: 02-12-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk TD | Date |
|---|---|---|---|---|---|
| | 1 of 5 | 24 | 24 | | 02-12-08 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Lenard Marcus - ATTORNEY

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

NOT SERVED

Date of Service: 3/20/08  Time: 11:27 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 48.00 | .48 | 0 | 48.48 | 0 | 48.48 | 0 |

REMARKS:
Must be served to Chicago Law Dept. Refused by above as not able to accept on behalf of City.

1 mi. R/T; 1 hr; 1 deputy

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7066 | DATE | February 6, 2008 |
| CASE TITLE | Stevie Jackson (#2006-060297) v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff Stevie Jackson's motion and application for leave to proceed *in forma pauperis* [3], [4] are granted. The court orders the trust fund officer at the plaintiff's place of incarceration to deduct $2.80 from plaintiff's account for payment to the clerk of court as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to the trust fund officer at the Cook County Jail. The clerk is directed to issue summonses for service by the U.S. Marshall on defendants City of Chicago, Phil Clines, Sgt. Bates #2104, Officer Singleton #19339, and Officer Loffredo #9734. The Chicago Police Department is not a suable entity and is dismissed as a defendant. The clerk is further directed to send to plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order. Plaintiff's motion to appear in court [4] is denied. Plaintiff's motion for the appointment of counsel [5] is denied without prejudice.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff Stevie Jackson (#2006-060297), currently incarcerated in Cook County Jail, has brought this civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants falsely arrested plaintiff and used excessive force during the arrests.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $2.80. The trust fund officer at plaintiff's place of incarceration is authorized and ordered to collect the partial filing fee from plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, plaintiff's trust fund officer is directed to collect monthly payments from plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and this case number. This payment obligation will follow plaintiff wherever he may be transferred, and Cook County Jail trust fund officers shall notify authorities of any outstanding balance if plaintiff is transferred to another facility.

(CONTINUED)

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 02-11-2008

Page 1 of 2

**STATEMENT (continued)**

Under 28 U.S.C. § 1915A, the court is required to conduct a prompt threshold review of the complaint. In this case, plaintiff may not proceed with his claim against the Chicago Police Department. The Chicago Police Department is not an entity separate from the City of Chicago, is not a suable party, and is dismissed as a defendant in this case. *See Chan v. Wodnicki*, 123 F.3d 1005, 1007 (7th Cir. 1997); *Gray v. City of Chicago*, 159 F. Supp.2d 1086, 1089 (N.D. Ill. 2001). Plaintiff may proceed against the other listed defendants, the City of Chicago, Phil Clines, Sgt. Bates #2104, Officer Singleton #19339, and Officer Loffredo #9734. The clerk shall issue summonses forthwith for these defendants and send to plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

The United States Marshals Service is appointed to serve the defendants, the City of Chicago, and Chicago Police Officers Phil Clines, Sgt. Bates #2104, Officer Singleton #19339, and Officer Loffredo #9734. Any service forms necessary for plaintiff to complete will be sent by the Marshal as appropriate to serve the defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve the defendants. With respect to former correctional employees who no longer can be found at the work address provided by plaintiff, the Chicago Police Department shall furnish the Marshal with the defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. Plaintiff must provide the original plus a judge's copy of every document filed. In addition, the plaintiff must send an exact copy of any court filing to the defendants [or to defense counsel, once an attorney has entered an appearance on their behalf]. Every document filed must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to plaintiff.

With respect to plaintiff's request to appear in court, the court will inform plaintiff and the parties when and how plaintiff may participate in these proceedings.

Plaintiff's motion for the appointment of counsel is denied at this time. Although civil litigants do not have a statutory or constitutional right to counsel, this court may appoint counsel at any time during the proceedings if the complexity of the case and the plaintiff's inability to litigate the case himself demonstrate that counsel would provide a substantial benefit. *Pruitt v. Mote*, 503 F.3d 647, 654-56 (7th Cir. 2007).; *see also Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004). In this case, however, the plaintiff has not demonstrated that he has made any efforts to obtain counsel or that he was prevented from doing so, *Gil v. Reed*, 381 F.3d at 656; nor does his case, at this early stage, involve complex discovery or an evidentiary hearing. The appointment of counsel is not warranted at this stage of the case. *See Pruitt v. Mote*, 503 F.3d at 654-56; *Gil v. Reed*, 381 F.3d at 656; *Maclin v. Freake*, 650 F. 2d 885, 887 (7th Cir. 1991).

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

Stevie Jackson

CASE NUMBER: 07 C 7066

Vs.

JUDGE: Wayne R. Andersen

City of Chicago, et al.,

TO: City of Chicago

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon pro se:

| | |
|---|---|
| Name: | Stevie Jackson |
| | #2006-00602907 |
| Address: | Cook County Jail |
| City: | P.O. Box 089002 |
| Telephone: | Chicago, IL 60608 |

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: *Haydee Pawlowski* (signature)
Haydee Pawlowski
Deputy Clerk

Dated: February 11, 2008

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant.  Place where served:_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:
_____

[ ]  Returned unexecuted:_____

[ ]  Other (specify):_____

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      Date                                       Signature of Server

_____
Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Stevie Jackson

**FILED**

FEB 0 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07C 7066**

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of chicago
chicago police Department
Phillip Cline
SGt Bates #2104
officer Singleton #19339
officer Loffredo #9734

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

JUDGE ANDERSEN

MAGISTRATE JUDGE COLE

CHECK ONE ONLY:      ~~AMENDED~~ COMPLAINT

☑     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331(a) U.S. Code (federal defendants)

___     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

A.  Name: Steve Jackson

B.  List all aliases: Derrick Jackson

C.  Prisoner identification number: 20060060297

D.  Place of present confinement: Cook County Jail

E.  Address: 2600 S. California, Chgo, IL 60608.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: City of Chicago

   Title: _____

   Place of Employment: _____

B.  Defendant: Chicago Police Department

   Title: _____

   Place of Employment: _____

C.  Defendant: Phillip Kline

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. D. Defendant: Sgt bates #2104
    Title: Supervising chicago Police officer.
    Place of Employment: Homan + filmore —
                                Belmont + Western

E. Defendant: officer Singleton #19339
    Title: chicago police officer
    Place of Employment: Homan + filmore
                                Belmont + Western

F. Defendant: officer Loffredo #9734
    Title: chicago police officer
    Place of Employment: Homan + filmore
                                Belmont + Western

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is **YES**:

1. What steps did you take?

_____

_____

_____

2. What was the result?

_____

_____

_____

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D. If your answer is **NO**, explain why not: They told me that this is an outside matter. They said (social workers) I could not grieve the Police from within this system.

3          Revised: 7/20/05

E. Is the grievance procedure now completed?   YES (✓)   NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities?   YES (✓)   NO ( )

G. If your answer is **YES**:

1. What steps did you take?  I wrote O.P.S. I sent them a copy of the hospital Injury Report

2. What was the result?  They told me the complaint is on file. They said I should complain to you guys now.

H. If your answer is **NO**, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My complaint is against the city of chicago. They hired these brutal officers who beat me. The chicago police department is who these officers worked for. Phillip Cline was their Supt. He's Responsible for them as well. ON Aug 6th 06, I was arrested by SGt. Bates #2104 and officer Loffredo #9734. They both beat me terribly, over and over again. SGt. bates #2104 Took Six-hundred-thirty-five dollars from me. They both said they would give me my money back and let me go IF I were to give them Information ON Guys from that neighborhood or if I knew anything on Murders that had taken place. I told them I didn't know any of the guys from around there and that I didn't know anything about any Murders. Then they said I fit the description of a crime that had taken place. As it turned out I didn't do the crime so they couldn't charge me

with that crime. I have proof that they wanted to charge me with some sort of AGGravated battery with a knife. When the lady came to the car and said I wasn't the guy, they got very angry with me. SGt. bates #2104 kept punching me in my body and slapping me. Office Loffredo #9734 kept punching me and slapping me aswell. Then officer Loffredo #9734 started chocking me and holding me down for SGt bates #2104. Then they told me I was going to jail. Pictures were taken of my Injuries here at the county. On 1-23-07, I was arrested by SGt. bates #2104 and officer Singleton #19339. officer Singleton #19339, Stomped me in the head and all over my body. SGt bates #2104, kept punching me in my Ribs and chest. They were both chocking me. They took five-hundred-sixty-six-dollars from me. They said if I were to go to the hospital, they would put another case on me. I was beaten so badly that the 7:Am Shift officers had to take me to the hospital. I was taken to thoRex hospital. On both cases, Pictures were taken of the bruises the Police Left me with. Every time SGt bates see me, He takes my Money and beat on me.

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to hear my case, Look over the INJURY Report, and make them pay for INJuring me the way that they did. Also, they Need to fire these Crooked cops.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of Sept, 20 07

Steve Jackson
(Signature of plaintiff or plaintiffs)

Steve Jackson
(Print name)

200600060297
(I.D. Number)

2600 S. CAliforNia Div. 102-C
P.O. box 089002
Chgo, IL. 60608
(Address)