**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stevie Jackson | 07C7066 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| City of Chicago, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Phil Clines

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 3510 SOUTH Michigan CHICAGO, Illinois 60616

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stevie Jackson, #2006-00602907
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Phil CLINE was the SuperINtendent at the time when the chicago Police beat me and Made up the charges Against me. I'm sure Phil cline can be Served this Notice at the Above Address. The Above Address is the only Address I know of where phil cline can be served. The CURRENT SuperINTENDENT Office is at 3510 South Michigan, 5th FLR chgo IL 60616

Signature of Attorney or other Originator requesting service on behalf of: XX PLAINTIFF ☐ DEFENDANT

Stevie Jackson

TELEPHONE NUMBER | DATE
02-12-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|
| | 5 of 5 | No. 24 | No. 24 | TD | | 02-12-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
MRS. MARTIN (Legal aid)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

FILED
APR 22 2008   APR 22 2008  PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Date of Service | Time | am |
|---|---|---|
| 4/16/08 | 1:30 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| One Service fee Charged | | | | Same case + location See | | |

REMARKS: 1 USM
1 Hour
1 mile

process sheet # 1 for charges

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|