UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mr. Steve Smith | ) | |
| | ) | |
| Plaintiff | ) | Case No. 07 C 7066 |
| | ) | |
| v. | ) | Judge Anderson |
| | ) | |
| City of Chicago a municipality, Philip Kline, | ) | |
| Sgt. Bates #2104, Officer Singleton #19339, | ) | |
| Officer Lorredo #9734, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

**DEFENDANT OFFICERS' JOINT MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Police Officers Tyrone Bates, Steve Loffredo, and Shawn Singleton (" Defendant Officers"), by one of their attorneys, Shneur Nathan, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court grant them an extension of time to file their Answer or otherwise plead to Plaintiff's complaint. In support of this motion, Defendant Officers state as follows:

1. Defendant Officers have been served, appeared, and their answers are due May 6, 2008.

2. Initial status in this matter has not yet been set.

3. An internal review of the Complaint is currently being conducted to determine whether a separate attorney must appear on behalf of Defendant Phil Cline and the City of Chicago. Upon information and belief, an attorney will shortly be appearing on behalf of Defendant Phil Cline and the City of Chicago.

4. Defendant Officers request a short extension, until June 6, 2008, in order to meet with their attorney and prepare their defense.

5. This motion is not being made for purposes of delay and Defendant Officers will be

prejudiced if an extension is not granted.

WHEREFORE, Defendant Officers respectfully request that this Honorable Court grant them until June 6, 2008, to file their Answer or otherwise plead to Plaintiff's complaint.

Respectfully submitted,

/s Shneur Nathan
SHNEUR NATHAN
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
ARDC No. 6294495

## CERTIFICATE OF SERVICE

I, Shneur Nathan, an attorney, hereby certify that on May 1, 2008, I caused a copy of the foregoing Motion to be served upon *pro se* plaintiff Steve Jackson by filing the same on the Court's CM/ECF system and by sending a copy via U.S. Mail to the address listed below:

Steve Jackson
Inmate No. 2006-0060297
2600 S. California Ave
Division 10, 2-C
P.O. Box 089002
Chicago, Illinois 60608

/s Shneur Nathan
SHNEUR NATHAN