UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mr. Steve Smith | ) | |
| | ) | |
| Plaintiff | ) | Case No. 07 C 7066 |
| | ) | |
| v. | ) | Judge Anderson |
| | ) | |
| City of Chicago a municipality, Philip Kline, Sgt. Bates #2104, Officer Singleton #19339, Officer Lorredo #9734, | ) ) ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

**NOTICE OF MOTION**

**TO:**   Steve Jackson
Inmate No. 2006-0060297
2600 S. California Ave
Division 10, 2-C
P.O. Box 089002
Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division**, DEFENDANT OFFICERS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that on May 8, 2008, at 9:00 a.m., I will appear before the Honorable Judge Wayne R. Anderson and present the above motion.

**DATED** at Chicago, Illinois this 1st day of May, 2008.

                                                        Respectfully submitted,

30 N. LaSalle Street, Suite 1400

Chicago, IL 60602                       /S/ Shneur Z Nathan
312-742-1842                             Shneur Z. Nathan
ARDC No. 6294495              Assistant Corporation Counsel