IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVIE JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7066 |
| | ) | |
| v. | ) | |
| | ) | Judge Andersen |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |
| | ) | |

**DEFENDANT CITY OF CHICAGO AND DEFENDANT CLINE'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant City of Chicago (the "City") and Defendant Cline, by their attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, moves for an extension of time up to and including June 6, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. On April 4, 2008, plaintiff filed the current action, alleging constitutional violations against multiple defendants.

2. Plaintiff's complaint and summons were served on the City and Defendant Cline on April 16, 2008. The City and Defendant Cline are due to answer or otherwise plead by May 6, 2008.

3. Undersigned counsel was assigned this matter on May 5, 2008.

4. Counsel for the City and Defendant Cline have not yet begun the process of investigating the allegations in plaintiff's complaint.

5. Therefore, counsel for the City request an extension of time to June 6, 2008, to answer or otherwise plead to plaintiff's complaint.

7. This motion is the City and Defendant Cline's first request for an extension of time to answer or otherwise plead. This request is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, the City respectfully requests that this Court grant it an extension of time

up to an including June 6, 2008, to answer or otherwise plead to plaintiff's complaint.

                    Respectfully submitted,

                    MARA S. GEORGES
                    CORPORATION COUNSEL

BY:   /s/ Helen C. Gibbons
       HELEN C. GIBBONS
       Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon pro se plaintiff Stevie Jackson pursuant to ECF, and by sending a copy via U.S. Mail to the address listed below, in accordance with the rules of electronic filing of documents, on this 6th day of May, 2008.

    Stevie Jackson
    Inmate No. #2006-00602978
    2600 S. California Ave.
    Division 10, 2-C
    P.O. Box 089002
    Chicago, Illinois 60608

                                /s/ Helen C. Gibbons
                                HELEN C. GIBBONS