IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVIE JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7066 |
| | ) | |
| v. | ) | |
| | ) | Judge Andersen |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

To:     Stevie Jackson
        Inmate No. #2006-00602978
        2600 S. California Ave.
        Division 10, 2-C
        P.O. Box 089002
        Chicago, Illinois 60608


**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO AND DEFENDANT CLINE'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on the 15th day of May, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 6th day of May 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:     /s/ Helen C. Gibbons

| | |
|---|---|
| City of Chicago, Department of Law | HELEN C. GIBBONS |
| 30 North LaSalle Street, Suite 1020 | Assistant Corporation Counsel |
| Chicago, Illinois  60602 | Attorney for Defendant City and Defendant Cline |
| (312) 742-3541 | |