**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Mr. Steve Jackson | ) | |
| | ) | |
| Plaintiff | ) | Case No. 07 C 7066 |
| | ) | |
| v. | ) | Judge Anderson |
| | ) | |
| City of Chicago a municipality, Philip Kline, | ) | |
| Sgt. Bates #2104, Officer Singleton #19339, | ) | |
| Officer Lorredo #9734, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

## <u>NOTICE OF MOTION</u>

**TO:**
Steve Jackson (20060060297)
2600 S. California Ave
Division 10, Tier 2-C
P.O Box 089002
Chicago, Illinois 60608

      **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS BATES, SINGLETON, AND LOFFREDO'S MOTION TO STAY**, a copy of which is herewith served upon you.

      **PLEASE TAKE FURTHER NOTICE** that on June 5, 2008, at 9:00 a.m., I will appear before the Honorable Judge Wayne Anderson and present the above motion.

      **DATED** at Chicago, Illinois this 19th day of May, 2008.

                              Respectfully submitted,

30 N. LaSalle Street, Suite 1400

Chicago, IL 60602                   /S/ Shneur Z Nathan

312-742-1842                     Shneur Z. Nathan

ARDC No. 6294495             Assistant Corporation Counsel