Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7066 | DATE | May 28, 2008 |
| CASE TITLE | Stevie Jackson (#2006-060297) v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is given until June 13, 2008, to respond to the defendants' motion to stay the instant case pending the resolution of the state criminal proceedings in 06CR1959401 and 07CR570901. If plaintiff files a response, defendants shall have until June 27, 2008 to file a reply. Ruling will be by mail. Plaintiff should state whether his arrests on August 6, 2006 and January 24, 2007, which are the subject of the instant case, are the arrests that led to the state criminal proceedings referenced herein.

Docketing to mail notices.

isk

