IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVIE JACKSON, | ) | |
| | ) | No.   07 C 7066 |
| Plaintiff, | ) | |
| | ) | Judge Andersen |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO AND DEFENDANT CLINE'S MOTION TO STAY THEIR ANSWER OR OTHER PLEADINGS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant City of Chicago and Defendant Cline, by their attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, move to stay their answer or other pleadings to plaintiff's First Amended Complaint. In support of this motion, the City states as follows:

1. On April 4, 2008 plaintiff filed the current action, alleging constitutional violations against multiple defendants.

2. On May 8, 2008, this Court granted Defendant City of Chicago and Defendant Cline's motion for an extension of time to answer or otherwise plead to June 6, 2008.

3. On June 5, 2008 this Court granted Defendant Bates, Loffredo, and Singleton's motion to stay the proceedings.

4. Defendant City of Chicago and Defendant Cline request to be included in this stay of proceedings to avoid two tracks of litigation.

5. This motion is Defendant City of Chicago and Defendant Cline's first request to stay the proceedings. This request is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, Defendant City of Chicago and Defendant Cline respectfully request that this Court grant a stay in the proceedings.

                          Respectfully submitted,

                          MARA S. GEORGES,
                          CORPORATION COUNSEL
                          CITY OF CHICAGO

            By:    /s/ Helen C. Gibbons
                    HELEN GIBBONS
                    Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-3541 Office
(312) 744-3989 Fax
Attorney No. 06292881

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon pro se plaintiff Stevie Jackson pursuant to ECF, and by sending a copy via U.S. Mail to the address listed below, in accordance with the rules of electronic filing of documents, on this 5th day of June, 2008.

    Stevie Jackson
    Inmate No. #2006-00602978
    2600 S. California Ave.
    Division 10, 2-C
    P.O. Box 089002
    Chicago, Illinois 60608

                        /s/ Helen C. Gibbons
                        HELEN C. GIBBONS