IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVIE JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7066 |
| | ) | |
| v. | ) | |
| | ) | Judge Andersen |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |
| | ) | |

### NOTICE OF MOTION

To:   Stevie Jackson
    Inmate No. #2006-00602978
    2600 S. California Ave.
    Division 10, 2-C
    P.O. Box 089002
    Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO AND DEFENDANT CLINE'S MOTION TO STAY THEIR ANSWER OR OTHER PLEADINGS TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on the 19th day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 5th day of June 2008.

                                      MARA S. GEORGES
                                      CORPORATION COUNSEL
                                      CITY OF CHICAGO

                              BY:   /s/ Helen C. Gibbons
City of Chicago, Department of Law       HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020      Assistant Corporation Counsel
Chicago, Illinois  60602                 Attorney for Defendant City and Defendant Cline
(312) 742-3541