

United States District Court
Northern District of Illinois
Eastern — Division

# FILED

Stevie Jackson
—vs—
City of Chicago, et al.

JUL 10 2008
Jul 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 07C7066

Judge: ANDERSEN

## Motion for Appointment of Counsel

Now comes, the Plaintiff Stevie Jackson, Prose and moves this Honorable Court pursuant to 28 U.S.C. 1915 (e)(1). Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion the Plaintiff states the following:

1). That he is unable to afford counsel. He has been granted leave to proceed in forma pauperis.

2). That he is presently incarcerated in the Cook County Department of Corrections. Because of his present incarceration this will greatly hender him in many ways and in some ways prevent him from litigating his cause that is before this court.

3). That the Cook County Jail's Law Library in Division ten is not equipped with the legal materials needed to assist the Plaintiff in litigating his cause.

4). That the Plaintiff is only allowed one, one and a half hour session in the Law Library every other week and this places him at a severe disadvantage and he also requires extra assistance because he has little to no knowledge of the law.

7-2-08

Stevie Jackson

5). That the Plaintiff is an African American male that has only a twelvth grade education and is currently and has been for a number of years under a Doctor's care for experiencing psychological issues that require him to take psychotropic medication daily.

6). That should this case make it to trial it would likely involve testimony of a conflicting nature, expert witnesses. Having counsel would better enable the Plaintiff to present evidence, cross examine witnesses and use investigators wich is what the defendants attorneys have at their disposal as well as para legals to do their research.

7). That the Plaintiff has made several attempts to obtain legal counsel from the private sector. Attached to this motion are copies of the letters that were sent to attorneys in an attempt to procure legal counsel. This will show the court the Plaintiff has made every possible attempt there is to try and obtain counsel.

Wherefore, Plaintiff request that this Honorable court in the interest of Justice enter an order appointing counsel to represent him in any further proceedings in this civil claim.

Respectfully, Submitted

Stevie Jackson

7-2-08

Stevie Jackson



December 31, 2007

**LEGAL MAIL**
Steve Jackson
#20060060297
P.O. Box 089002 Div.10 2A
Chicago, IL 60608

Dear Mr. Jackson:

    Thank you for your recent letter to CARPLS seeking legal assistance. CARPLS is a legal aid telephone hotline, and we give legal advice and referrals to low-income residents of Cook County over the phone. We cannot respond to questions by mail, and we also do not represent people directly in court. We are here to help low income people who either reside in Cook County or whose legal problem is in Cook County.

    Generally, Cook County's legal aid organizations do not do criminal matters. Generally, for criminal matters, the office of the Public Defender is the free attorney available for criminal cases at the trial court level. If you are having issues concerning the conditions of your custody, you should direct them to your PD. Otherwise, you might try to find a private attorney to review your situation. Another possible organization is called Citizen's Alert, 203 N. Wabash, #711, Chicago, IL 60601. They might have referrals for private attorneys for your civil brutality case in federal court that I see from your enclosures that you filed.

    If you still would like to talk to one of our staff attorneys, please call or have someone call on your behalf our hotline number (312-738-9200) for assistance, M, T, Th and F from 9-4:30, or W from 9-7:30. I wish you all the best.

Sincerely,

Patricia A. Wrona
Director of
Legal Services

**CGLA** Cabrini Green Legal Aid Clinic

206 West Division Street • Chicago, Illinois 60610 • (312) 266-1345
Fax: (312) 266-7417

February 11, 2008

Dear Mr. Jackson:

I am writing you in regards to a letter we received from you this past week. Unfortunately we will not be able to assist you with the law suit portion of your case, since we do not practice that area of law. I have also taken the time to review your status at the Cook County Jail, and I notice your case is still pending. The next court date is February 14, 2008. CGLA does handle criminal defense law, and if you are interested in receiving assistance for that matter, you may have a family member come down and fill out a jail intake form. If they choose to come, they need to know your full name, city address, jail ID number, birthdate, social security number and your division number. This enables CGLA to do a background check. If we come out to interview you, we need to make sure you do not have more than two convictions on your background. There will also be a twenty dollar intake fee if you pass the background check.

I would also like to add that because your criminal case has been open for so long we only accept such cases under the direction of the Director of Criminal Defense Law here at Cabrini Green Legal Aid. The reasoning comes behind what is best for the client. And because you have had an attorney representing you, filing documents, motions, and possibly petitions, our mission is to be of service not disservice. And it would be of disservice to pick up certain cases so late in the process.

I am also giving you a referral for the lawsuit portion of your case. You may contact <u>Citizens Alert</u> at (312) 223-1802, address is 203 North Wabash Avenue, Suite 711, Chicago, IL 60601. Then there is help from <u>The Justice Project</u> at (202) 638-5855, address 1025 Vermont Avenue NW, 3rd Floor, Washington, DC 20005. I hope I have been helpful and I wish you the best. God bless.

Sincerely,

Cabrini Green Legal Aid Clinic

# LLB&L

## Locke Lord Bissell & Liddell LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Ann Marie Walsh
Direct Telephone: 312-443-0654
Direct Fax: 312-896-6654
awalsh@lockelord.com

March 5, 2008

Stevie Jackson
#2006-0060297
P.O. Box 089002
Division 10   2A
Centralia, IL  60608

Dear Mr. Jackson:

We are in receipt of your recent letter to our firm.  Unfortunately, this firm only handles pro bono cases which are referred to us from another agency.   I am listing organizations in Chicago that might be able to provide you with referrals for pro bono legal assistance.  I have also listed contact information for clinics at some Chicago area law schools.  This does not represent in any way an evaluation of your case or claim on our part.

- The Chicago Bar Association
  321 S. Plymouth Ct., Fl. 5
  Chicago, IL 60604-3924
  (312) 554-2000

- Chicago Volunteer Legal Services
  100 N. LaSalle St.
  Chicago, IL 60602-2448
  (312) 332-1624

- Legal Assistance Foundation
  111 W. Jackson Blvd., Lobby 3
  Chicago, IL 60604-4140
  (312) 341-1070

- The Public Interest Law Initiative
  c/o Foley & Lardner
  321 N. Clark St., 28th Fl.
  Chicago, IL 60610
  (312) 832-5127

- The Legal Aid Bureau
  14 E. Jackson Blvd.
  Chicago, IL 60604-2259
  (312) 986-4200



## EklWilliams PLLC
Attorneys and Counselors at Law

**Partners**
Terry A. Ekl
Patrick J. Williams
Patrick L. Provenzale

Vincent C. Mancini
Jeffrey S. MacKay
Kevin A. Halverson

901 Warrenville Rd., #175
Lisle, IL 60532
Ph: 630-654-0045
Fx: 630-654-0150
www.eklwilliams.com

March 19, 2008

Mr. Steve Jackson
Prisoner Identification Number: 20060060297
Cook County Jail
2600 S. California
Chicago, Illinois 60608

RE:   Civil Rights Violation

Our File No.

Writer's Direct Dial No.
(630) 654-1624

Writer's E-mail Address:
tekl@eklwilliams.com

Dear Mr. Jackson:

Thank you for forwarding our office the information regarding your Complaint Under Civil Rights Act, Title 42 Section 1983. Unfortunately, due to our voluminous case load we feel that our firm does not have the resources to devote the attention to this matter that is necessary.

We appreciate you contacting our firm. I've enclosed the documents that you forwarded to us.

Very truly yours,

EKL WILLIAMS PLLC

Terry A. Ekl

tae/bc

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

February 22, 2008

**LEGAL MAIL - CONFIDENTIAL**

Mr. Steve Jackson
20060060297
Div. 10 2A
P.O. Box 089002
Chicago, Illinois 60608

   Re: *Pro Bono Representation*

Dear Mr. Jackson:

  This is in response to your recent letter to Kirkland & Ellis LLP seeking *pro bono* representation. Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to assist you in this matter. Due to the number of requests we receive, we can necessarily only accept a small percentage of requests for *pro bono* assistance. As such, this decision should not be taken as reflecting on the merits of your matter in any way.

  However, legal service organizations may be available to assist you in your search for legal advice. The Coordinated Advice and Referral Program for Legal Services ("CARPLS") provides legal advice for many matters and can refer you to the appropriate legal service organization if they are unable to provide assistance. The CARPLS hotline can be reached at 312-738-9200, and is open Monday through Friday from 9:00AM to 4:30PM and on Wednesday evenings until 7:30PM. You should also visit www.illinoislegalaid.org. This informative website can answer many legal questions and will list legal aid organizations appropriate for your legal issue.

  Because we will not be assisting you, we are returning your letter to you, and any supporting materials you sent. I wish you the best of luck in seeking representation.

            Sincerely,

# CENTER FOR DISABILITY & ELDER LAW

April 29, 2008

Mr. Steve Jackson
20060060297
PO Box 089002
Chicago, IL 60608

Dear Mr. Jackson:

You recently contacted this office regarding your criminal matter. Unfortunately, we are unable to assist. However, if you wish to pursue this matter the following agencies may be able to be of assistance:

- Cabrini Green Legal Aid Clinic  206 W. Division Street Chicago, IL 60610
- Uptown Peoples Law Center  4413 N. Sheridan Street  Chicago, IL 60640

Having furnished referral information please be aware that we will be closing your file.

Very truly yours,

Elizabeth Morales de Sotelo
Administrative Assistance

# CHICAGO LEGAL CLINIC, INC.

South Chicago • Pilsen • Austin • Downtown

Most Rev. Thomas J. Paprocki, President
Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director *
Veda Dmitrovich
Laura SB Vallejo *
Ellen Moyle **
Molly A. Russell

\* Also admitted in Indiana
\*\* Also admitted in Wisconsin

South Chicago Office
2938 E. 91st Street
Chicago, IL 60617

Phone (773) 731-1762
Fax (773) 731-4264
TDD (773) 731-3477

November 19, 2007

Mr. Steve Jackson – I.D. # 20060060297
Illinois Depart. Of Corrections
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Jackson:

This letter is in response to your recent correspondence. The Chicago Legal Clinic, Inc. is unable to provide assistance in your case. We recommend that you contact CARPLS (Coordinated Advice and Referral Program for Legal Services), 17 North State Street, Suite 1850, Chicago, IL 60602 at 312-738-9486 or the Chicago Bar Association Referral Service at 312-554-2001 for possible assistance.

Sincerely,

Chicago Legal Clinic, Inc.

# DOMESTIC VIOLENCE LEGAL CLINIC
### f/k/a PRO BONO ADVOCATES

**Executive Director**

Mary S. Trew

February 29, 2008

Steve Jackson
#2006-0060297
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Jackson:

I am writing in response to your request for legal assistance from our agency. Unfortunately, we only handle civil orders of protection under the Illinois Domestic Violence Act, and do not handle criminal matters.

However, I have compiled a list of agencies that may be of use to you:

Cabrini Green Legal Aid Clinic
206 W. Division St.
Chicago, IL 60610
(312) 266-1345

Prison Action Committee
661 East 79th Street
Chicago, IL 60619
(773) 874-7390

Cook County Public Defender
200 W. Adams St., 9th Floor
Chicago, IL 60606
(312) 609-2040

Best Regards,

Danielle J. Parisi
Clinic Coordinating Attorney

555 West Harrison, Suite 1900, Chicago, Illinois 60606
(312) 325-9155, FAX (312) 325-9169

**JENNER&BLOCK**

Jenner & Block LLP   Chicago
330 N. Wabash Avenue   Dallas
Chicago, IL 60611-7603   New York
Tel 312 222-9350   Washington, DC
www.jenner.com

January 3, 2008

JACKSON, STEVE
#2006-0060297
P.O. Box 089002
Chicago, Illinois 60608

Barry Levenstam
Tel  312-923-2735
Fax 312-840-7735

Dear Mr. Jackson:

Thank you for your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking; therefore, we are returning your documents.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have included a list of other Chicago area firms offering pro bono services to assist in your pursuit of legal representation.

Sincerely,

*Barry Levenstam / cp*

Barry Levenstam
Co-Chair, Pro Bono Committee

BL/cp
Enclosures