Stevie Jackson -vs- City of Chicago

**FILED**

CASE NO. 07C 7066

JUL 1 0 2008

Jul 10, 2008 JUDGE ANDERSEN

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I do Not understand why this Honorable court will Not help me by giving me an attorney to help me with this matter. I've tried to obtain counsel on my own. I've written more than fifty Attorneys. most of them wrote back stating they have too many cases and they will Not be able to assist me. Some of them don't handle civil matters. The People who I'm up Against have attorneys to help them, I don't. Some of the mail I've Recieved Pertaining to this case, I Really do Not understand. They're Putting in motions, who's helping me. How am I Expected to stand up against Attorneys who have went to LAW schools. I Really Need this Honorable court (JUDGE) to help me. I'm Sending you a few of the Responses from Attorneys who have Declined to help me. Thank You and God bless.

Date 6-13-08

Stevie Jackson
Stevie Jackson

Stevie Jackson vs. City of Chicago

CASE NO. 07 C 7066

JUDGE ANDERSEN

I'm writing hoping to find out
what is going on with this case Right Now.
I've Recieved a few letters Last month from
The Defendant's Lawyers. I'm trying to keep
up with the things that are going on. I Just Do
Not Quite Know what's Going on. So if it's Not
too much trouble, cAN you Please Let me Know
what stage I'm iN or Let me Know what I
have to do Next. Thank you and God bless.

* Also, I was Denied Legal COuNseL. IF the Defen-
dants counsel file a motion to have this case
Dismissed, would this court allow that, Knowing
I'm without Legal counsel? IF you could Please
ANswer my Question and Also Let me Know how
this Situation Goes. By me Not having an Attorney,
I'm Kinda lost on this. Thank you.

DATE 6·13·08

Stevie Jackson
Stevie JACKSON