Steve Jackson vs City of Chicago 

# FILED

Case No. 07C 7066

JUL 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jul 10 2008 Judge Anderson.

I'm writing to inform you that I want to ADD more chicago Police officer to this 1983 complaint. These officers are involved in both cases. The Aug 6th 2006 case and the Jan 23, 2007 case. There was a motion Heared on the Aug 6th 2006 case. Officer Loffredo was perjured in that motion. On the Police Report, they have the second Arresting officer listed as Officer BLASZ #10077 She testified that she was in fact not the second Arresting officer. She testified that she assisted on the Arrest Report. The Problem I'm having with her testimony is, If she seen her Name down as the second Arresting officer, why didn't she make her Supervisors aware of this. Why would she let her Name be put in the position as Enforcement officer Instead of SGT. Bates, who beat me and sent me to the hospital. I would like to ADD Officer Liss #10115. In the Aug. 06 case He stated at the motion hearing that I sold him Drugs. He was (To some point) perjured as well. In the Jan 23, 07 case, They have him as on Arresting officer. They put his Name in Place of SGT. Bates, SGT. Bates Arrested me on Aug 6, 06 case and Jan. 23, 07 case. I have the motion transcripts from April 24th @ 8. You'll see that the Indictment transcripts and the April 24th motion transcripts do not make sense. If I am allowed to Add these four new Defendants, can you please let me know when or if it has been Done.

I would like to Add officer ~~Contre~~ #18947. In the police Report it states I sold drugs to officer Contrera, then the Report states I swallowed some money. These things Never took place. They stated I was on some type of tape. The tape hasn't showed up. I've Never seen this officer. Also, I would like to Add officer Marima #18972. They have this officer Down as a witness to all of this. These officer illegally Arrested me. They took my money from me. I Never possessed or was found to have any Drugs. SGT. Bates and officer Singleton, Beat me to the point where other police officers had to take me to the hospital. These four officers has shown Deception in the Police Reports as well as in the April 24th motion. I have Proof that I was seized illegally. Judge Sullivan is going to hear a motion to Dismiss Indictment. I have a lot of paper work on my cases. I Need A lawyer's help. ~~If~~ I'm allowed to Enter these four New Defendant on the case No. 07C 7066, Judge Andersen, Please Let me know. If it is too late to Enter these four New Defendants, Please Let me know so I can start a New 1983 complaint form.

Also, they Put Marima, #18972, as Second Arresting officer on Jan 23, 07 case. The first Arresting officer is Singleto #19339. I have proof that Singleton's partner was SGT. Bates. They both beat me to the point where I had to be taken to a hospital. On both cases, Aug 6, 2006 and Jan. 23, 07, They've Removed SGT. Bates as being the Arresting officer.

6-29-08

Steve Jackson

CASE NO. 07C 7066

Judge Andersen

Defendant(s)

A. Defendant: Officer Blasz, 1077
   Title: Chicago Police Officer
   Place of Employment: Homan and Filmore, working out of Belmont and Western

B. Defendant(s): Officer Liss #10115
   Title: Chicago Police Officer
   Place of Employment: Homan and Filmore, working out of Belmont and Western.

C. Defendant: Officer Contrera #16847
   Title: Chicago Police Officer
   Place of Employment: Homan and Filmore, working out of Belmont and Western.

D. Defendant: Mar, Ma #18972.
   Title: Chicago Police Officer
   Place of Employment: Homan and Filmore, working out of Belmont and Western

6-29-08

Stevie Jackson