TO: United States District Court
Nothern Distric of Illinois

Stevie Jackson -vs- City of chicago, et al.

FILED
Aug 1, 2008
AUG 1 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 07C 7066

Judge ANDERSEN

* I writing hoping you all would let me know what's going on with this case right now. I sent you another motion to appoint me counsel. Some of the motions I've received from the Defendants Attorneys, I do not know how to respond. Some of my cell mates have helped me with this case. I sent letters from law firms who declined to help me. I have not received a response from you. I really need your help. I really need some one who'll represent me on this case. I have more information in regards to this case but I don't have a lawyer. I've sent proof to you that I've tried to obtain counsel. They've all declined to help me.

* Can you please not throw this case out of court. Also, will you consider appointing me counsel. I've written numerous motions requestin a lawyer.

* Can you please write me back to let me know where this case is headed right now.

* Also, There are more officers I would like to include on this lawsuit. I sent their names to you but I did not get a response. If I'll have to start up a new lawsuit because It's too late to enter other officers involved with this case, can you please let me know.

7-28-08

Stevie Jackson

Stevie Jackson -vs- City of Chicago, et al.

CASE NO. 07C7066
Judge ANDERSEN.

* I sent you a motion for Appointment of Counsel.
* I sent you copies of letters from law firms who Declined to help me.
* I sent you other officers names that I want to include on 07C7066 Lawsuit.
* I Did not Recieve a Response.
* I do not know how to deal with some of the paper work I'm Recieving from the Defendants Attorneys. I need help.
* I'm hoping this court will not throw out my lawsuit.
* Can you all please let me know where this case is Right Now.

7-28-08

Stevie Jackson